**AFFIDAVIT OF PERSONAL SERVICE**
**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.#212-760-2300**
**FAX. 212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CUNNEEN

VS.                                                         INDEX#07CV 6601

JOHN NAPOLI

State of New York, County of New York  SS:

**CHARLES TEDESCO**, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State That on **JULY 30/07 AT 7:30P.M.** at **9 HAMPTON COURT MATAWAN, N.J. 07747-6845** Deponent served the annexed **SUMMONS IN A CIVIL CASE,**
**CIVIL COVER SHEET,**
**JUDGE'S RULES,**
**COMPLAINT**
on **JOHN NAPOLI** by delivering a true copy to said **JOHN NAPOLI** personally.
    Deponent asked the person spoken to whether **JOHN NAPOLI** was in the military service of the u.s. Government and was told **JOHN NAPOLI** was not.

Deponent describes the individual served as follows:
Sex/Race(skin color): MALE/WHITE

Hair Color/Approximate Age: BRLWN/-3035 YRS.

Approximate height/Approximate weight: 5'6"/160 LBS.


59PS7.07 129

Sworn to before me this
 / day of August/07