James M. Moriarty
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile: (203) 327-2669
E-mail:    jmoriarty@kelleydrye.com

*Counsel for Defendant John Napoli*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CUNNEEN,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN NAPOLI,<br><br>                    Defendant. | No. 07 Civ. 06601 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT JOHN NAPLOI** |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and James M. Moriarty, an associate with the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant John Napoli. Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

James M. Moriarty
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile: (203) 327-2669
E-mail:    jmoriarty@kelleydrye.com

CT01/MORIJA/245411.1

Dated: August 23, 2007

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: /s/ James M. Moriarty
James M. Moriarty (JM 6959)
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile:  (203) 327-2669
E-mail:     jmoriarty@kelleydrye.com

Counsel for Defendant John Napoli

CT01/MORIJA/245411.1