UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSEPH CUNNEEN

                          Plaintiff,

                                                                                                  07 __CIVIL__ 06601   (LAK   )

              -against-

JOHN NAPOLI

                          Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James M. Moriarty__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JM 6959__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* __400 Atlantic Street, Stamford, Connecticut 06901__

☐ *Telephone Number:* __(203) 324-1400__

☐ *Fax Number:* __(203) 327-2669__

☐ *E-Mail Address:* __jmoriarty@kelleydrye.com__

Dated: __8/23/2007__          /s/ James T. Moriarty