KAPLAN, J



AUG 27 2007
JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CUNNEEN,

      Plaintiff,

-against-

JOHN NAPOLI,

      Defendant

Civil Action No. 07 Civ. 06601 (LAK)

## STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Joseph Cunneen and Defendant John Napoli, through their undersigned attorneys, that Napoli's time to answer, move, or otherwise respond to the Complaint is hereby extended from August 20, 2007 to and including September 19, 2007. Napoli hereby waives any defense based on insufficiency of service of process.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and each counterpart shall be deemed an original. Facsimile signatures shall be binding to the same effect as originals.

DATED: New York, New York
August 23, 2007

EDWARD F. WESTFIELD, P.C.                KELLEY DRYE & WARREN LLP

By: /s/ Edward F. Westfield              By: /s/ James M. Moriarty
Edward F. Westfield, Sr. (EW 2030)       James M. Moriarty (JM 6959)
274 Madison Avenue                       400 Atlantic Street
Suite 1001                               Stamford, Connecticut 06901
New York, New York 10016                 (203) 324-1400
(212) 532-6625                                    -and-
                                         101 Park Avenue
*Counsel for Plaintiff Joseph Cunneen*   New York, New York 10178
                                         (212) 808-7800

                                         *Counsel for Defendant John Napoli*

                                                              SO ORDERED

                                         _____
                                         U.S.D.J. Part I

                                         Dated: 8/30/07

-2-