UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSEPH CUNNEEN,                                                               Docket No.: 07 CIV 6601

                              Plaintiff,

         -against-                                                                      **Rule 7.1 Statement**

JOHN NAPOLI,

                            Defendants.
---------------------------------------------------------------X

      Andrea Sacco Camacho, a member of the law firm of CAMACHO MAURO MULHOLLAND, LLP, attorney for defendant JOHN NAPOLI, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, identify the following entities as parent corporations or any publicly traded corporations that own ten percent or more of the stock of those defendant:

      1.    Not applicable.

Dated: New York, New York
       September 19, 2007                      CAMACHO MAURO MULHOLLAND, LLP

                                                                 Andrea Sacco Camacho, Esq. (ASC-5719)
                                                                  Attorneys for John Napoli
                                                                  350 Fifth Avenue - Suite 5101
                                                                  New York, New York 10118
                                                                   (212) 947-4999
To: (See Affidavit attached)                Our File No.: CHUY-1839-A

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Dena M. Serrano, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on September 19, 2007, deponent served the within **Rule 7.1 Statement** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Edward F. Westfield, Esq.
274 Madison Avenue – Suite 1601
New York, New York  10016
(212) 532-6625
Attorneys for Plaintiff

_____
Dena M. Serrano

Sworn to before me this
19th day of September, 2007

_____

Z:\CASES\1839\lgl\answer.doc

CHRISTOPHER MAURO
Notary Public, State of New York
No. 02MA6171506
Qualified in New York County
Commission Expires July 23, 2011

Docket No.   07 CIV 6601                                                              Year 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CUNNEEN,

                                             Plaintiff,

                      - against -

JOHN NAPOLI,

                                               Defendants.

## Rule 7.1 Statement

**CAMACHO MAURO MULHOLLAND, LLP**
*Attorneys for Defendant*
**John Napoli**
Empire State Building
350 Fifth Avenue - Suite 5101
New York, N.Y. 10118
(212) 947-4999
Our File No.: CHUY-1839-A

To:   ***
Attorney(s) for   ***

Service of a copy of the within   ***   is hereby admitted.
Dated:   ***
                                                                 ..............................
                                                                 Attorney(s) for   ***

**PLEASE TAKE NOTICE**

☐ that the within is a (certified) true copy of a *** entered in the office of the clerk of the within named Court on   ***
**NOTICE OF ENTRY**

☐ that an Order of which the within is a true copy will be presented for settlement to the Hon. *** one of the judges of the within named Court, at ***, on ***, at ***   .
**NOTICE OF SETTLEMENT**

Dated:  New York, New York
        September 19, 2007

**CAMACHO MAURO MULHOLLAND, LLP**