UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSEPH CUNNEEN,                                           Docket No.:  07 CIV 6601
                                        Plaintiff,

            -against-                                      **Rule 26(a)(1)**

JOHN NAPOLI,

                                        Defendants.
------------------------------------------------------------------X

In accordance with Federal Rules of Civil Procedure 26(a)(1), defendant John Napoli by his attorneys, CAMACHO MAURO MULHOLLAND, LLP, hereby discloses to all interested parties, the following:

A. Individuals who may have discoverable information include: Peter DeMartino, Thomas Tachillo, James Vallentino, Greg Schneider, Forest Closi, Alan Dipel and Eric Sumamer.

B. Defendant is not in possession of any documents tht defendant may use at trial at this time.

C. Defendant is not claiming any damages.

D. At the time of the allegation contained in the complaint, defendant Napoli was insured by Great Northern Insurance Company under policy number 1233543401 with a liability limit of $1,000,000 per occurrence.

Dated: New York, New York
       October 1, 2007                      CAMACHO MAURO MULHOLLAND, LLP

                                            _____
                                            Andrea Sacco Camacho, Esq. (ASC-5719)
                                            Attorneys for John Napoli
                                            350 Fifth Avenue - Suite 5101
                                            New York, New York 10118
                                            (212) 947-4999
To:  (See Affidavit attached)              Our File No.: CHUY-1839-A

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Carrel E. Mayorga, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on October 2, 2007, deponent served the within **Rule 26(a)(1)** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Edward F. Westfield, Esq.
274 Madison Avenue – Suite 1601
New York, New York 10016
(212) 532-6625
Attorneys for Plaintiff

Carrel E. Mayorga

Sworn to before me this
2nd day of September, 2007

Z:\CASES\1839\lgl\rule 26a1.doc

ANDREA SACCO CAMACHO
Notary Public, State of New York
No. 02CA5072768
Qualified in Queens County
Commission Expires May 1, 20__