```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH CUNNEEN,                                    Docket No.: 07 CIV 6601

                     Plaintiff,     **Consent Scheduling Order**

    -against-

JOHN NAPOLI,
                    Defendants.
------------------------------------------------------------X

Upon Consent of the parties it is hereby ORDERED, as follows:

1. No additional parties may be joined after 11-03-07.

2. No amendments to the pleadings will be permitted after 11-03-07.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before 12-14-07.
   (b) rebuttal expert witnesses on or before 1-15-08.

4. All discovery, including any depositions of experts, shall be completed on or before 2-22-08.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before 3-07-08.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filling of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instruction shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. The scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: New York, New York
       October 1, 2007

s/*Edward F. Westfield*
_____
Edward F. Westfield (EW-2030)

s/*Andrea Sacco Camacho*
_____
Andrea Sacco Camacho (ASC-5719)

_____
Lewis A. Kaplan, U.S.D.J.

10/24/07