```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH CUNNEEN,

        Plaintiff,

    -against-                               07 Civ. 6601 (LAK)

JOHN NAPOLI,

        Defendant.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Jury selection in this case shall begin on April 14, 2008 at 9:30 a.m. Opening statements will take place on April 16, 2008.

       SO ORDERED.

Dated:    April 8, 2008

                                                    _____
                                                    Lewis A. Kaplan
                                                    United States District Judge