UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH CUNNEEN,

                        Plaintiff,

            -against-                                        07 Civ. 6601 (LAK)

JOHN NAPOLI,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

            The parties shall advise the Court, on or before May 5, 2008, whether they will agree to a trial before a Magistrate Judge.

            SO ORDERED.

Dated:        April 28, 2008

                                                _____
                                                Lewis A. Kaplan
                                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08