UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Joseph Cunneen,

                        Plaintiff,

     -against-                                  07-cv-06601(LAK)

John Napoli,

                        Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Clerk of Court is directed to close this case for the reasons placed on the record on September 3, 2008.

                                                                                    Lewis A. Kaplan

                                                         United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08
```